**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1685**

_____

In Re: DETRINE HUDSON,

        Petitioner.

_____

On Petition for Writ of Mandamus.
(0:13-cv-03075-RMG)

_____

Submitted:  November 17, 2014     Decided:  November 20, 2014

_____

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Detrine Hudson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Detrine Hudson has filed petitions for a writ of mandamus, alleging the district court has unduly delayed processing a notice of appeal he filed in a 42 U.S.C. § 1983 (2012) action. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court docketed the notice of appeal and forwarded it to this court. Accordingly, because the district court has recently acted, we deny the mandamus petitions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>